IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENN SAGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEY SAFETY SYSTEMS, INC., et al.,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 21-15867 (KMW-SAK)<br><br>**ORDER** |

THIS MATTER having come before the Court on the Defendants' Motions to Dismiss under Federal Rule 12(b)(1) Rule 12(b)(2) [ECF Nos. 41, 44, 53]; the Court having considered the submissions of the parties and heard the arguments of counsel during oral argument on the Motions held on September 8, 2022; the Court finding that the Amended Complaint [ECF No. 26] fails to plead the precursory requirements sufficient to establish Article III standing and personal jurisdiction; and for good cause shown,

IT IS this **8th** day of September, **2022,** hereby

ORDERED that Defendants' Motions to Dismiss [ECF Nos. 41, 44, 53] are GRANTED; and further

ORDERED that the case is DISMISSED without prejudice; and further

ORDERED that Plainitffs shall have 60 days to file an amended complaint that sufficiently alleges Article III standing and personal jurisdiction.

KAREN M. WILLIAMS
United States District Judge