THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAGER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>KEY SAFETY SYSTEMS, INC., *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 21-15867 KMW-SAK<br><br>**ORDER** |

**WILLIAMS, District Judge:**

This matter having come before the Court on the Motions to Dismiss filed by Key Safety Systems, Inc., FCA US LLC, General Motors Company, General Motors Holdings LLC, General Motors LLC, (collectively "Defendants") (ECF Nos. 98, 99, 100, respectively); and Glenn Sager, Anthony Bocchino, and Oscar Jones ("Plaintiffs") having filed an omnibus opposition (ECF No. 103); and after Defendants' replies (ECF Nos. 105, 106, 107); and the Court having read the submissions and heard the arguments of counsel during the hearing held on October 18, 2023, and the Court noting the appearances of counsel: James E. Cecchi, Esq. Jordan Steele, Esq., Melissa Yeates, and Jordan Jacobson, Esq., appearing on behalf of Plaintiffs; Robert Donovan, Esq., and Benjamin Jeffers, Esq., appearing for Defendant Key Safety Systems, Inc.; and James Coon, Esq., and Stephen D'Aunoy, Esq., for Defendant FCA US LLC; and Daniel Queen, Esq., appearing for Defendant General Motors Company, General Motors Holdings LLC, and General Motors LLC; and for the reasons set forth on the record, Defendants' Motions to Dismiss (ECF Nos. 98, 99, 100,) are **GRANTED**.

IT IS on this 18th day of October 2023, hereby

**ORDERED** that Plaintiffs' Second Amended Complaint (ECF No. 95) is **DISMISSED**

**WITH PREJUDICE**; and

      **FURTHER ORDERED** that the Clerk's Office close this case.

Dated: October 18, 2023

KAREN M. WILLIAMS
United States District Judge